AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Jonathan Zamora-Coronado   Principal
YOB: 1990
the United Mexican States

United States District Court
Southern District of Texas
FILED
SEP 20 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

M-16-1750-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 19, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

JWC
Humberto

**knowing or in reckless disregard of the fact that Francisco Moreno-Morales, a citizen and national of the United Mexican States, and Mario Chavez-Avila, a citizen and national of Honduras, and three (3) other undocumented aliens, for a total of five (5) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Penitas, Texas to the point of arrest near Penitas Texas,**

in violation of Title **8** United States Code, Section(s) **8 USC 1324 (a)(1)(A)(ii) & 1326**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 19, 2016, Agent Romero, assigned to aerostat cameras, observed several people raft across the Rio Grande River and make landfall in the United States. Border Patrol Agents J. Domenech and G. Spinner responded to the area to search for the subjects. Agent Romero notified the responding agents that he observed one individual, who appeared to be guiding the group, run back towards the brush line near the river after guiding the group to a ditch near Military Highway and the levee wall. Agent Domenech searched and located five people attempting to conceal themselves in the ditch where Agent Romero had last seen them. Agent Domenech questioned the people and determined them all to be illegally present in the United States.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Reviewed by: Linde Requenez, AUSA
9/20/16

Signature of Complainant

Jon M. Chan        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 20, 2016                          at   McAllen, Texas
Date                                             City and State

Dorina Ramos                , U. S. Magistrate Judge        Donna Ramos
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16- 1750 -M

**RE:** Jonathan Zamora-Coronado

Agent Spinner, along with Department of Public Safety (DPS) Troopers, searched the brush line near the Rio Grande River in an attempt to locate the person seen guiding the group. The person, later identified as Jonathan ZAMORA-Coronado, was located and apprehended while he was attempting to abscond back to Mexico.

All subjects were placed under arrest and transported to the McAllen Border Patrol Station for processing.

Principal Statement:

Jonathan ZAMORA-Coronado was advised of his Miranda Rights, stated he understood his rights and agreed to answer questions without the presence of an attorney.

ZAMORA stated he was apprehended guiding a group of illegal aliens in the United States. ZAMORA claimed he smuggles illegal aliens about four times a month and he gets paid 50.00 USD per illegal alien. ZAMORA stated he has been apprehended by Border Patrol on five different occasions for smuggling aliens.

Material Witness Statements:

Francisco MORENO-Morales, a citizen and national of the United Mexican States, and Mario Humberto JMC CHAVEZ-Avila, a citizen and national of Honduras, were advised of their Miranda Rights, stated they understood their rights and agreed to answer questions without the presence of an attorney.

Material Witness 1:

Francisco MORENO-Morales paid a smuggler 1,899.00 Mexican Pesos to be smuggled into the United States. MORENO states he was apprehended with six other people including the guide. MORENO described the guide to have a mustache, with short hair and wearing a black shirt. MORENO claimed the guide instructed the group to follow him and look out for Border Patrol.

MORENO identified ZAMORA in a photo lineup as the person guiding the group.

Material Witness 2:

Mario Humberto JMC CHAVEZ-Avila paid a smuggler in Mexico 800.00 USD to be smuggled into the United States. CHAVEZ claimed he crossed the river with a total of six people including one guide. CHAVEZ described the guide to be in his twenties, with a mustache, short hair and wearing a black shirt. CHAVEZ stated the guide was at the front of the group and would give the group instructions. The guide would tell the group to keep up and follow him.

CHAVEZ identified ZAMORA in a photo lineup as the person guiding the group.